Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

No. 65693.—Sears, Roebuck and Co. v. United States, protests 61/4675, 61/4676, and 61/4677 (Philadelphia).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

No. 65694.—Castelazo & Associates, a/c Marshal McMurray Co. v. United States, protests 58/21135(B), 59/3158(A), and 59/5492(B) (Los Angeles).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of brass drapery hardware similar in all material respects to that the subject of *Kroder Reubel Co., Inc., et al.* v. *United States* (44 Cust. Ct. 274, C.D. 2186), the claim of the plaintiff was sustained.

No. 65695.—Eli E. Albert, Inc. v. United States, protest 59/16763 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the items of merchandise marked "A-2" consist of electrically operated vacuum cleaners similar in all material respects to those involved in *United States* v. *Electrolux*